UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York Corporation d/b/a iMARKETSLIVE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOEL SANTIAGO d/b/a Copy Profit Success Global, et al.,<br><br>Defendants. | Case No. 2:18-cv-01112-KJD-BNW<br><br>ORDER |

The Clerk of the Court entered default against Defendant Gregory Perdriel on August 21,2018. However, Plaintiff has taken no action of record since August 22, 2018. Therefore, the Court orders Plaintiff to file a status report, motion for default judgment against Perdriel, or notice of voluntary dismissal no later than October 15, 2019. Failure to respond will result in this action be dismissed for want of prosecution in accordance with Local Rule 41-1.

**IT IS SO ORDERED.**

DATED this 1st day of October 2019.

The Honorable Kent J. Dawson
United States District Judge